■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN GOMEZ, Appellant. [703 NYS2d 406] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from

Judgment of Monroe County Court, Marks, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Jan. 31, 2000.)